AO 467 (Rev. 9/03) Order for Defendant to Appear

# UNITED STATES DISTRICT COURT


FILED IN OPEN COURT
ON 2/28/12
Dennis P. Iavarone, Clerk
US District Court
Eastern District of NC

_____ EASTERN _____ DISTRICT OF _____ NORTH CAROLINA _____

UNITED STATES OF AMERICA

V.

CLIFFORD BROWN

**ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL**

CASE NUMBER: 5:12-MJ-1132-1

CHARGING DISTRICTS
CASE NUMBER: 3:10-3141-MBS

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the

_____ District of __SOUTH CAROLINA__ ; and that the Clerk of Court shall transfer bail deposited into the Registry of this Court, to the Clerk of the _____

*Place and Address*

, for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required. The defendant shall next appear at (if blank, to be notified) 901 RICHLAND ST, COLUMBIA, SC 29201 on NO LATER THAN MARCH 19, 2012

*Date and Time*

AS DIRECTED.

__28 Feb 2012__
*Date*

_____
*Signature of Judge*

__JAMES E. GATES, US MJ__
*Name and Title of Judge*